# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: BRIDGET T. MCGINTY  
2610 LOREN LANE  
ALGONQUIN, IL 60102

SSN-xxx-xx-4693

Case Number: 06-70778

Case filed on: 5/4/2006  
Plan Confirmed on: 9/15/2006

D Dismissed

Total funds received and disbursed pursuant to the plan: $12,005.00     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | COSTELLO & COSTELLO PC | 2,774.00 | 2,774.00 | 1,374.00 | 0.00 |
|  | Total Legal | 2,774.00 | 2,774.00 | 1,374.00 | 0.00 |
| 004 | IL DEPT OF REVENUE | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | NCO FINANCIAL SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | AMERICAN EXPRESS | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | EMERGENCY CARE GROUP OF IL | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | JAMES ALLEN & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | NICOR GAS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | DEPARTMENT OF THE TREASURY | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | ILLINOIS DEPARTMENT OF REVENUE | 1,726.56 | 1,726.56 | 221.02 | 0.00 |
| 005 | INTERNAL REVENUE SERVICE | 8,449.62 | 8,449.62 | 1,310.16 | 0.00 |
|  | Total Priority | 10,176.18 | 10,176.18 | 1,531.18 | 0.00 |
| 999 | BRIDGET T. MCGINTY | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | DRIVE FINANCIAL SERVICES | 8,173.32 | 7,500.00 | 7,500.00 | 842.77 |
|  | Total Secured | 8,173.32 | 7,500.00 | 7,500.00 | 842.77 |
| 001 | DRIVE FINANCIAL SERVICES | 0.00 | 87.53 | 0.00 | 0.00 |
| 003 | ILLINOIS DEPARTMENT OF REVENUE | 371.84 | 48.34 | 0.00 | 0.00 |
| 005 | INTERNAL REVENUE SERVICE | 10,841.34 | 1,409.37 | 0.00 | 0.00 |
| 006 | ALEXIAN BROS | 372.22 | 48.39 | 0.00 | 0.00 |
| 007 | AMERICAN EXPRESS TRAVEL RELATED SERVICES | 4,695.84 | 610.46 | 0.00 | 0.00 |
| 010 | ASSOCIATED IMAGING SPEC | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | AVON | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | CINGULAR WIRELESS | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | COMCAST | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | COMMONWEALTH EDISON | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | COMPREHENSIVE WOMENS CTR | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | DRIVE FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | EMERGENCY CARE GROUP OF IL | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | GREATER ELGIN EMERGENCY SPC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | ECAST SETTLEMENT CORPORATION | 1,789.73 | 232.66 | 0.00 | 0.00 |
| 021 | JAMES ALLEN & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | LAW OFFICES OF SUSAN G. CASTAGNOLI | 925.00 | 120.25 | 0.00 | 0.00 |
| 024 | NEOPATH SC | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | NICOR GAS | 907.26 | 117.94 | 0.00 | 0.00 |
| 027 | PROGRESSIVE INS. CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | PROVENA ST JOSEPH HEALTH | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | SBC / AT&T | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | SHERMAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | US DEPT. OF EDUCATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | ILLINOIS DEPT. OF EMP SECURITY | 6,720.00 | 873.60 | 0.00 | 0.00 |
| 033 | HSBC CARD SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 26,623.23 | 3,548.54 | 0.00 | 0.00 |
|  | Grand Total: | 47,746.73 | 23,998.72 | 10,405.18 | 842.77 |

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

| | |
|---|---|
| Total Paid Claimant: | $11,247.95 |
| Trustee Allowance: | $757.05 |
| Percent Paid Unsecured: | 0.00 |

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

                                                 /s/ Lydia S. Meyer
                                                Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on <u>03/26/2009</u>        By  /s/Heather M. Fagan